SCOTT J. SAGARIA (BAR # 217981)
PATRICK CALHOUN (BAR # 56671)
SAGARIA LAW, P.C.
333 West San Carlos Street, Suite 1700
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA –SAN FRANCISCO DIVISION

| In RE:<br><br>BERNOR, BRUCE<br><br>Debtor. | Case No: 11-32252-TEC<br><br>Chapter 7<br><br>**MOTION TO COMPEL ABANDONMENT OF DEBTOR'S BUSINESS**<br><br>Hon. Thomas E. Carlson |
|---|---|

BRUCE BERNOR, hereinafter Debtor, hereby files his Motion to Compel Abandonment pursuant to 11. U.S.C. § 554(b) and in support thereof respectfully submits as follows:

Debtor, through his attorney of record, Scott J. Sagaria, respectfully requests that the Court order the Chapter 7 Trustee to abandon Debtor's business, located at 2906 Octavia Street, San Francisco, CA 94123 (hereinafter "Business")

This motion is and will be made upon the grounds that Debtor's wildcard exemption covers all assets of the business, creating no equity for the benefit of creditors and therefore no benefit to the estate. Debtor has valued his inventory at

MOTION TO COMPEL ABANDONMENT OF DEBTOR'S BUSINESS - 1

approximately $8,000 and has fully exempted the inventory and any associated goodwill in Schedule C of the schedules filed with this court.

This Motion is based upon the Notice, this Motion, the Memorandum of Points and Authorities, the Declaration of Bruce Bernor, on the papers and records on file herein, and on such oral and documentary evidence as may be presented at the hearing on the Motion, if needed.

Any opposition to the Motion must be in writing and in conformity with Local Bankruptcy Rules and must be served upon the undersigned at the address set forth in the upper left-hand corner of this motion and upon the Chapter 7 Trustee, United States Trustee, and filed with the Court no later than 21 days prior to the hearing and that failure to file and serve opposition in conformity with the foregoing may be deemed consent to the relief sought.

Dated: October 11, 2011      /s/ *Scott Sagaria*
SCOTT SAGARIA
Attorney for Debtor